UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VERONICA ESTRADA, on behalf, of, M.A.A., a minor,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CASE NO.: **EDCV 13-1691 CW**<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SEVEN HUNDRED FIFTY DOLLARS and NO/cents ($2,750.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:  April 22, 2015

_____
UNITED STATES MAGISTRATE JUDGE

1